IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT J. JOHNSON; KAREN A. JOHNSON; MONSON CONSULTING; WELLS FARGO FINANCIAL LEASING; and STATE OF WISCONSIN, Department of Workforce Development,<br><br>Defendants. | Case Number 06-cv-00372 |

### ORDER OF DISMISSAL

The plaintiff, United States of America, having moved this Court to dismiss the above- captioned case without prejudice under Fed. R. Civ. P. 41(a)(2),

IT IS HEREBY ORDERED that this case is dismissed without prejudice, subject to reopening, upon motion of the plaintiff, in the event the bankruptcy proceeding is not dispositive with regard to all issues herein.

Entered this 23d day of May, 2012.

BY THE COURT:

*Barbara B Crabb*
BARBARA B. CRABB
United States District Judge
Western District of Wisconsin